UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT STATE OF NEW YORK  
UNITED STATES OF AMERICA.

CASE # 1:12-CV-1412(GLS/RFT)

PLAINTIFF

vs.  
JO ROSSER,  
DEFENDANT

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   COUNTY OF __SARATOGA__   :SS: The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of NY

That on __OCT. 9th__ 2012, at __4:40 P__M. at __158 WASHINGTON ST. APT # 4 SARATOGA SPRINGS__, NY 12866  
deponent served the within OF SUMMONS AND COMPLAINT ON JO ROSSER.

( X )   Individual   by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

(   )   Unable to serve   _____

(   )   Suitable Age   by delivering a true copy to _____ a person of suitable age and discretion. Said premises is defendant's - actual place of business - dwelling place - usual place of abode - within the state.

(   )   Affixing to door   by affixing a true copy of each to the door of said premises, which is defendant's - actual place of business - dwelling place - usual place of abode - within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

(   )   Mailing to Residence/Business Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence/actual place of business at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION:  
Color of Skin: __WHITE__   Sex: __FEMALE__ Approximate age: __55/60__  
Approximate height: __5'4"__   Approximate weight: __135__   Hair: __GRAY__  
Mustache: ____   Beard: ____   Glasses: ____   Other: ____

( X )   Military Service   I asked the person spoken to whether defendant was in active military service of the United States or of the State of NEW YORK any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of the State of NEW YORK or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me this  
10th day of OCT. XXXX 2012

_Sara Grice_  
Notary Public-State of NY  
Sara Grice  
Notary Public State of New York  
Saratoga County, No. 01GR5066457  
Commission Expires: Sept. 30, 20 _14_

PROCESS SERVER  
RICHARD GRICE

ABBOTT-NICHOLSON SERVICES, INC. 252 E. WATER STREET, SYRACUSE, NEW YORK 13202